Same case below, 618 F.3d 946.

**No. 10-938. Ana Alvarez, Petitioner v. United States.**

562 U.S. 1222, 131 S. Ct. 1540, 179 L. Ed. 2d 310, 2011 U.S. LEXIS 1476.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 623 F.3d 1350.

**No. 10-955. Aaron Williams, Petitioner v. United States.**

562 U.S. 1222, 131 S. Ct. 1548, 179 L. Ed. 2d 310, 2011 U.S. LEXIS 1416.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 616 F.3d 760.

**No. 10-5296. Esteban Ayala-Segoviano, Petitioner v. United States.**

562 U.S. 1222, 131 S. Ct. 1465, 179 L. Ed. 2d 310, 2011 U.S. LEXIS 1408.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 371 Fed. Appx. 643.

**No. 10-5621. Mark Lewis Schwinn, Petitioner v. United States.**

562 U.S. 1222, 131 S. Ct. 1466, 179 L. Ed. 2d 310, 2011 U.S. LEXIS 1505.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 376 Fed. Appx. 974.

**No. 10-5738. C. Allen Bolt, Petitioner v. United States.**

562 U.S. 1222, 131 S. Ct. 1466, 179 L. Ed. 2d 310, 2011 U.S. LEXIS 1448.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 321.

**No. 10-6038. Levell Taylor, Petitioner v. Illinois.**

562 U.S. 1222, 131 S. Ct. 1466, 179 L. Ed. 2d 310, 2011 U.S. LEXIS 1423.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 237 Ill. 2d 356, 341 Ill. Dec. 445, 930 N.E.2d 959.

**No. 10-6059. Lakenya T. Riley, Petitioner v. Union Parish School Board, et al.**

562 U.S. 1222, 131 S. Ct. 1466, 179 L. Ed. 2d 310, 2011 U.S. LEXIS 1352,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 335.